

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 03 2024

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

TAYLOR G. BURNES

Criminal Indictment

No.    1:24CR-374

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

### Introduction

At all times material to this indictment:

1. The defendant, Taylor G. Burnes, lived in or around Canton, Georgia.

2. Lindsey Graham was a United States Senator representing South Carolina.

### Count One

3. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 and 2 of this Indictment as if fully set forth herein.

4. On or about June 10, 2024, in the Northern District of Georgia and elsewhere, the defendant, TAYLOR G. BURNES, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce, from the State of Georgia to other places, that contained a threat to injure United States Senator Lindsey Graham; specifically, BURNES posted a

message to X (formerly known as Twitter) which stated: "I'm going to kill you

Lindsey Graham. . . ."

All in violation of Title 18, United States Code, Section 875(c).


A _____True_____ BILL

_____
FOREPERSON


RYAN K. BUCHANAN
*United States Attorney*

BRENT ALAN GRAY
 *Assistant United States Attorney*
Georgia Bar No. 155089


BRET R. HOBSON
 *Assistant United States Attorney*
Georgia Bar No. 882520


600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181